AO 91 (Rev. 11/11) Criminal Complaint

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 1 3 2025

DANIEL J. McCOY, CLERK
BY: _____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| MICAH JAMES LEGNON | ) | 6:25-mj-00229 |
| aka "Kateri" | ) | |
| aka "Black Witch" | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 12, 2025__ in the county of __Iberia__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threats in Interstate Commerce |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Paul Sellers, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: December 13, 2025

_____
Judge's signature

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
Printed name and title