**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:25-MJ-00229-01** |
| **VERSUS** | **MAGISTRATE JUDGE DAVID J. AYO** |
| **MICAH JAMES LEGNON (01)** | |

**MINUTES OF COURT:**
**Preliminary/Detention Hearing**

| Date: | December 17, 2025 | Presiding: Magistrate Judge Carol B. Whitehurst | |
|---|---|---|---|
| Court Opened: | 11:00 a.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 12:35 p.m. | Court Reporter: | LCR |
| Statistical Time: | 1:35 | Courtroom: | CR6 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| | | | |
|---|---|---|---|
| John Woodley Nickel   (AUSA) | For | United States of America | |
| Aaron Albert Adams   (AFPD) | For | Micah James Legnon (01) Defendant | |
| Micah James Legnon (01) Defendant | | | |

**PROCEEDINGS**

Defendant Appeared with Counsel
Detention Hearing Held

Testimony received from witnesses listed on the attached witness list
Argument received from counsel

The government proffered the Pretrial Services Report.

**(DETAINED)**

Based on the factors contained in 18 USC 3142(g) and the evidence submitted at the hearing, the court finds that no condition or combination of conditions can reasonably assure the safety of the community, despite the testimony of the proposed third-party custodian.  IT IS ORDERED the defendant is hereby detained.

Defendant is remanded to the custody of the U.S. Marshal Service pending further proceedings.

**<u>FILINGS</u>:**
Witness List
Exhibit List
Order of Detention Pending Trial