UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA           CASE NO.  6:25-MJ-00229-01

VERSUS                             MAGISTRATE JUDGE DAVID J. AYO

MICAH JAMES LEGNON (01)

**EXHIBIT LIST**
**Detention Hearing  12/17/25**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Photo – pipe | 12/17/2025 |
| 2 | Photo – pipe | 12/17/2025 |
| 3 | Photo – cell phone-screenshots | 12/17/2025 |
| 4 | Photo | 12/17/2025 |
| 5 | Photo | 12/17/2025 |
| 6 | Photo - List | 12/17/2025 |