



GOVERNMENT EXHIBIT 1