



GOVERNMENT EXHIBIT 3