

**Crew weapons**

Jamie-stoeger str-9 9mm
Meow- 5.56 AR-15 all standard parts X2
.300 Blackout AR-15 with bufferless parts x1
Pistol carbine rifle length
Flux Raider 9mm X1
Glock 19 9mm gen4
Molly-Glock 19 (9mm)
Sig Sauer P229 (9mm) [RETIRED]
Mossberg 590 Shockwave (12ga)
AR-15 (.300BLK)
AR-15 (5.56mm)
AK-74 (5.45mm)
AKM (7.62x39mm)
AR-10 (7.62x51mm)
Phoenix-AR15 12g Usp-45



GOVERNMENT EXHIBIT 6